```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 07051
   OMAR LEYVA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6364

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/01/2005 and was confirmed 04/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING LP  CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     NOTICE ONLY     NOT FILED            .00            .00
NISSAN MOTOR ACCEPTANCE   SECURED            9940.00         611.68        9940.00
NISSAN MOTOR ACCEPTANCE   UNSEC W/INTER      1614.26         192.89        1614.26
NISSAN MOTOR ACCEPTANCE   SECURED               .00            .00            .00
BENEFICIAL CREDIT         UNSEC W/INTER  NOT FILED            .00            .00
BENEFICIAL                NOTICE ONLY    NOT FILED            .00            .00
BENEFICIAL FINANCE        NOTICE ONLY    NOT FILED            .00            .00
BUFFALO GROVE MED ASSOC   UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE BANK          UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED            .00            .00
FIRST BANK OF THE AMERIC  UNSEC W/INTER  NOT FILED            .00            .00
GREAT LAKES CREDIT UNION  UNSEC W/INTER  NOT FILED            .00            .00
NEXTEL COMMUNICATIONS     UNSEC W/INTER  NOT FILED            .00            .00
NIVALDO MONTES            UNSEC W/INTER  NOT FILED            .00            .00
PETER G CHIOROS           UNSEC W/INTER  NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      1846.81         221.65        1846.81
PROVIDIAN                 NOTICE ONLY    NOT FILED            .00            .00
QUALITY CARE HEALTH PLAN  UNSEC W/INTER  NOT FILED            .00            .00
LITTON LOAN SERVICING LP  NOTICE ONLY    NOT FILED            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY       2,489.23                      2,489.23
TOM VAUGHN                TRUSTEE                                         1,047.34
DEBTOR REFUND             REFUND                                          1,190.35

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  19,154.21

PRIORITY                                         .00
SECURED                                     9,940.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 07051 OMAR LEYVA
```

```
     INTEREST                                                611.68
UNSECURED                                                  3,461.07
     INTEREST                                                414.54
ADMINISTRATIVE                                             2,489.23
TRUSTEE COMPENSATION                                       1,047.34
DEBTOR REFUND                                              1,190.35
                                   ---------------    ---------------
TOTALS                                   19,154.21          19,154.21
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

 

                              PAGE   2
        CASE NO. 05 B 07051 OMAR LEYVA